ROY A. RAFOS, JR., by ROY H. RAFOS, His Guardian ad Litem, et al., Appellants, v. WILLIAM ROLNICK et al., Individually and Doing Business as BROADWAY AUTO PARTS, Respondents.—

No opinion. Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.